# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **RONNY LUONG,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:16-CV-0948-L** |
| | § | |
| **THE TRAVELERS LLOYDS INSURANCE** | § | |
| **COMPANY AND JASON SPRADLIN,** | § | |
| | § | |
| **Defendants.** | § | |

## STIPULATION OF DISMISSAL

Plaintiff Ronny Luong ("Plaintiff") and Defendants The Travelers Lloyds Insurance Company and Jason Spradlin ("Defendants") file this Stipulation of Dismissal:

1.      Plaintiff and Defendants have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were asserted by Plaintiff against Defendants should be dismissed with prejudice, with costs borne by the party incurring same.

2.      The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal With Prejudice to the Court for entry.

Respectfully submitted,

*/s/ Matthew J. Worrall*
MATTHEW J. WORRALL
Texas Bar No. 24070883
ANDREW A. WOELLNER
Texas Bar No. 60850
THE POTTS LAW FIRM, LLP
100 Waugh Drive, Suite 350
Houston, Texas 77007
(713) 963-8881 (Phone)
(713) 574-2938 (Fax)
mworrall@potts-law.com
awoellner@potts-law.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Alissa Puckett*
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing has been furnished to all counsel of record electronically in accordance with the Federal Rules of Civil Procedure, this 20th day of December 2016.

*/s/ Alissa Puckett*
Wm. Lance Lewis /Alissa Puckett